**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Hewlett-Packard Co.   v.   MPHJ Technology Investments

No. 15-1427

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Hewlett-Packard Company
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Charlene M. Morrow
- Law firm: Fenwick & West LLP
- Address: 801 California Street
- City, State and ZIP: Mountain View, CA 94041
- Telephone: (650) 988-8500
- Fax #: (650) 938-5200
- E-mail address: cmorrow@fenwick.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/11/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/24/2015                         /s/ Charlene M. Morrow
Date                              Signature of pro se or counsel

cc: See attached Certificate of Service

## CERTIFICATE OF SERVICE

I, Charlene M. Morrow hereby certify that on March 24, 2015, I caused the foregoing **Entry of Appearance** to be served on the following parties as indicated below:

| | |
|---|---|
| Vivek Ganti<br>vg@hkw-law.com<br>3350 Riverwood Pkwy Suite 800<br>Atlanta, Georgia 30339 | **[ X ]  By United States Mail**<br>[ ] By Legal Messenger<br>**[ X ]  By Email**<br>[ ] By Overnight Express Mail |
| N. Andrew Crain<br>andrew.crain@thomashorstemeyer.com<br>Thomas Horstemeyer LLC<br>400 Interstate North Pkwy, SE Suite 1500<br>Atlanta, GA  30339 | **[ X ]  By United States Mail**<br>[ ] By Legal Messenger<br>**[ X ]  By Email**<br>[ ] By Overnight Express Mail |
| Scott A. Horstemeyer<br>scott.horstemeyer@thomashorstemeyer.com<br>Thomas Horstemeyer LLC<br>400 Interstate North Pkwy, SE Suite 1500<br>Atlanta, GA  30339 | **[ X ]  By United States Mail**<br>[ ] By Legal Messenger<br>**[ X ]  By Email**<br>[ ] By Overnight Express Mail |
| Steven G. Hill<br>sgh@hkw-law.com<br>3350 Riverwood Pkwy Suite 800<br>Atlanta, Georgia 30339 | **[ X ]  By United States Mail**<br>[ ] By Legal Messenger<br>**[ X ]  By Email**<br>[ ] By Overnight Express Mail |

Dated:  March 24, 2015

FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
cmorrow@fenwick.com
Telephone:  650-988-8500
Facsimile:   650-938-5200


By:*/s/Charlene M. Morrow*
    Charlene M. Morrow
*Attorneys for Appellant*
HEWLETT-PACKARD CO.