NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HP INC.**
*Appellant*

v.

**MPHJ TECHNOLOGY INVESTMENTS, LLC,**
*Appellee*

---

2015-1427

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00309.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Hewlett-Packard Company moves without opposition to modify the official caption to name HP Inc. as the appellant in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motion is granted. The revised official caption and short caption are reflected in the order.

                                            FOR THE COURT

<u>November 10, 2015</u>          <u>/s/ Daniel E. O'Toole</u>
       Date                    Daniel E. O'Toole
                                Clerk of Court